**FILED**
OCT 13 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:22 CR 596 |
| ) | Title 18, United States Code, |
| CINDI A. PHALEN, ) | Section 641 |
| ) | |
| Defendant. ) | JUDGE ZOUHARY |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around October 2010 and continuing until in or around March 2020, in the Northern District of Ohio, Western Division, Defendant CINDI A. PHALEN, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to her own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the United States Social Security Administration, an agency of the United States, to wit: Title II Survivor benefits, in the amount of approximately $149,382.00, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.